IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRINIDAD GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06-CV-01303 BLW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SWANSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based on the Memorandum Decision and Order filed herewith, IT IS

HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action

shall be DISMISSED without prejudice.

DATED:  **April 22, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**